UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1487

ARES TRADING S.A.,
                                            Appellant

v.

DYAX CORP.

(D. Del. No. 1-19-cv-02300)

Present: KRAUSE, PORTER, and CHUNG, Circuit Judges

_____ORDER_____

    Construing the parties' submissions of August 26, 2024 as a motion for partial sealing, the motion is GRANTED.  The publicly filed version of the Court's opinion shall be redacted accordingly and such redacted information shall be maintained under seal for a period of seven years after the conclusion of the case.

                                    By the Court,

                                    s/ Cheryl Ann Krause
                                    Circuit Judge

Dated: September 3, 2024

kr/cc: All Counsel of Record